IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN EDWARD WHITE, Reg. No. 111728-002, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:21-CV-702-WKW [WO] |
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

On November 3, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is TRANSFERRED to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 29th day of November, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE